| | |
|---|---|
| **KAZEROUNI LAW GROUP, APC** | **TYCKO & ZAVAREEI LLP** |
| Abbas Kazerounian, Esq. (249203) | Annick Persinger, Esq (272996) |
| ak@kazlg.com | 1970 Broadway – Suite 1070 |
| Mona Amini, Esq. (296829) | Oakland, CA 94607 |
| mona@kazlg.com | Telephone: (510) 254-6808 |
| 245 Fischer Avenue, Unit D1 | Facsimile: (202) 973-0950 |
| Costa Mesa, CA 92626 | apersinger@tzlegal.com |
| Telephone: (800) 400-6808 | |
| Facsimile: (800) 520-5523 | **EDELSBERG LAW, P.A.** |
| | Scott Edelsberg, Esq. (pro hac vice) |
| **HYDE & SWIGART** | scott@edelsberglaw.com |
| Joshua B. Swigart, Esq. (225557) | 19495 Biscayne Blvd #607 |
| josh@westcoastlitigation.coum | Aventura, FL 33180 |
| 2221 Camino Rel Rio South, Suite 101 | Telephone: 305-975-3320 |
| San Diego, CA 92108 | |
| Telephone: (619) 233-7770 | **SHAMIS & GENTILE, P.A.** |
| Facsimile: (619) 297-1022 | Andrew J. Shamis, Esq. (pro hac vice) |
| | Florida Bar No. 101754 |
| **TYCKO & ZAVAREEI LLP** | ashamis@shamisgentile.com |
| Hassan A. Zavareei, Esq. (181547) | 14 NE 1st Avenue, Suite 1205 |
| Andrea Gold (pro hac vice) | Miami, FL 33132 |
| 1828 L. Street, NW, Suite 1000 | Telephone: 305-479-2299 |
| Washington, D.C. 20036 | |
| Telephone: (202) 973-0900 | |
| Facsimile: (202) 973-0950 | *Counsel for Plaintiff and the putative* |
| hzavareei@tzlegal.com | *Class* |
| agold@tzlegal.com | |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALICIA PALERMO, individually and on behalf of all others similarly situated, | CASE NO: 8:18-CV-02144-DOC-KES |
| Plaintiff, | |
| v. | **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |
| DASTMALCHI LLC d/b/a VANITY PLANET, a California Limited Liability Company, | |
| Defendant. | |

STIPULATION OF VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the above-captioned action is voluntarily dismissed, with prejudice as to Plaintiff Palermo, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated:  August 8, 2019               Tycko & Zavareei LLP

By: /s/ Andrea Gold

Andrea Gold

Attorneys for Plaintiff

Dated: August 8, 2019               Baker McKenzie

By: /s/ Edward Totino

Edward Totino

Attorneys for Defendant